Official Form 417A (12/18)



FILED-USBC, FLS-FTL
'22 OCT 17 PM1:28

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): **Marisa Chanile Smith**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: **Order Denying Motion for Consideration**

2. State the date on which the judgment, order, or decree was entered: **10/03/22**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Marisa Smith** Attorney: _____

2. Party: **Shoma Homes At Nautia Single Fam** Attorney: **Michael S. Hoffman Esq Counsel for Shoma Homes at Nautica 909 North Miami Beach Blvd #201 Miami, FL 33162**

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

   ☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Marisa C. Smith                                         Date: 10/17/22

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Marisa C. Smith
3809 SW 164 Terr
Miramar, FL 33027
954-446-5359


Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Marisa Chanile Smith                    Case No. 22-14583
                                                Chapter 13

                                                FILED-USBC, FLS-FTL
                                                '22 OCT 17 PM 1:28

_____Debtor(s)_____/

## NOTICE OF APPEAL

Marisa C. Smith, Defendant/ Debtor appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge Motion for Reconsideration entered in this adversary proceeding on the 3rd of October 2022 .  The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Dated: 10/17/2022

Signed: _____

Marisa C. Smith

3809 SW 164 Terrace

Miramar, Florida 33027

954-446-5359



**ORDERED in the Southern District of Florida on October 3, 2022.**

Scott M. Grossman, Judge
United States Bankruptcy Court

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

In re:  Case No. 22-14583-SMG
 Chapter 13
MARISA CHANILE SMITH,

_____Debtor_____/

### ORDER DENYING MOTION FOR RECONSIDERATION

THIS MATTER came before the Court for hearing on September 15, 2022, at 2:00 p.m. upon the Debtor's Motion to Reconsider the Court's Order Granting Motion for Relief from Stay [D.E. #55] (the "Motion"). The Court, having considered the Motion and the arguments presented at the hearing, orders as follows:

1. The Motion is denied for the reasons stated on the record.

##

Submitted by:

Michael S. Hoffman, Esq., Hoffman, Larin & Agnetti, P.A.
Counsel for Shoma Homes at Nautica Single Family Neighborhood Ass'n Inc
909 North Miami Beach Boulevard, # 201, Miami, Florida 33162
Phone: (305) 653-5555
E-mail: mshoffman@hlalaw.com

Attorney Hoffman shall serve a copy of the signed order on all parties served with the Motions and shall file with the court a certificate of service conforming with Local Rule 2002-1(F).

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:                                               Case No. 22-14583-SMG
                                                       Chapter 13

MARISA CHANILE SMITH,

         Debtor.        /

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Order Denying Motion To Reconsider (DE 72) was sent via CM/ECF to Susan P Bakalar, Esq., Keith S Labell, Esq., Office of US Trustee, Robin Weiner, Trustee on October 3, 2022 and via U.S. Mail on the parties identified on Exhibit A on October 4, 2022.

                                             HOFFMAN, LARIN & AGNETTI, P.A.
                                             909 North Miami Beach Blvd., Suite 201
                                             Miami, Florida 33162
                                             Tel: (305) 653-5555
                                             Fax: (305 940-0090
                                             Email: mshoffman@hlalaw.com

                                             /s/ Michael S. Hoffman
                                             Michael S. Hoffman, Esq.
                                             Florida Bar No: 41164