CGFD71 (12/1/15)

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

**In re:** Marisa Chanile Smith

**Case Number:** 22–14583–SMG
Chapter: 13
County of Residence or Place of Business: Fort Lauderdale
U.S. District Court Case Number: 22–61931–RKA

## TRANSMITTAL TO DISTRICT COURT

- ☐ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
  - ☐ Contested   ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

**The Party or Parties Included in the Record to District Court:**

**Appellant/Movant:** Marisa Chanile Smith   **Attorney:**   **Attorney:**

**Appellee/Respondent:** Shoma Homes At Nautica Single Family   **Attorney:** Michael S Hoffman   **Attorney:**
909 North Miani Beach Blvd #201
Miami FL 33162

**Title and Date of Order Appealed**, if applicable: Order Denying Motion For Reconsideration 10/3/2022

**Entered on Docket Date:** 10/3/2022   **Docket Number:** 72

- ☑ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☐ Copies of Transcript(s) of Hearing(s) on:
- ☐ Respondent's Answer and/or Movant's Reply
- ☐ Other:

**Dated:** 11/15/22

**CLERK OF COURT**
By: Desiree Grooms
Deputy Clerk   (954) 769–5700