**APPEAL, DebtEd, DeBN, Repeat**

# U.S. Bankruptcy Court
## Southern District of Florida (Fort Lauderdale)
### Bankruptcy Petition #: 22-14583-SMG

*Assigned to:* Scott M Grossman
Chapter 13
Voluntary
Asset

*Date filed:* 06/14/2022
*341 meeting:* 11/22/2022
*Deadline for filing claims:* 11/28/2022
*Deadline for filing claims (govt.):* 03/16/2023

*Debtor*
**Marisa Chanile Smith**
3809 SW 164th Terrace
Miramar, FL 33027
BROWARD-FL
954-446-5359
SSN / ITIN: xxx-xx-7912

represented by **Marisa Chanile Smith**
PRO SE

*Trustee*
**Robin R Weiner**
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355
954-382-2001

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

| Filing Date | # | Docket Text |
|---|---|---|
| 06/14/2022 | 1 | Chapter 13 Voluntary Petition . [Fee Amount $313] Proofs of Claim due by 08/23/2022. (Graster-Thomas, Tanesha) Modified on 6/14/2022 to correct docket text (Graster-Thomas, Tanesha). (Entered: 06/14/2022) |
| 06/14/2022 | 2 | Statement of Debtor(s) Social Security Number(s) [*Document Image Available ONLY to Court Users*] Filed by Debtor Marisa Chanile Smith . (Graster-Thomas, Tanesha) (Entered: 06/14/2022) |
| 06/14/2022 | 3 | Application to Pay Filing Fee in Installments [Initial Amount Paid: $156.50] Filed by Debtor Marisa Chanile Smith (Graster-Thomas, Tanesha) (Entered: 06/14/2022) |

| | | |
|---|---|---|
| 06/14/2022 | 🌑 4 | Order Granting Application To Pay Filing Fees In Installments (Re: # 3) . [Amount Paid or Due $156.50] Final Installment Payment in the Amount of $156.50 due by 8/15/2022. (Graster-Thomas, Tanesha) (Entered: 06/14/2022) |
| 06/14/2022 | 🌑 5 | Photograph Identification Document as required pursuant to Local Rule 1002-1(B)(1)(d) for pro se Debtor, [Document Image Available ONLY to Authorized Users] (Graster-Thomas, Tanesha) (Entered: 06/14/2022) |
| 06/14/2022 | 🌑 6 | Notice of Incomplete Filings Due. . Chapter 13 Plan due by 6/28/2022. Summary of Your Assets and Liabilities and Certain Statistical Information due 6/28/2022. Schedules A-J due 6/28/2022.Statement of Financial Affairs Due 6/28/2022.Declaration Concerning Debtors Schedules Due: 6/28/2022.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 6/28/2022. Certificate of Budget and Credit Counseling Course (Db) due 6/28/2022. Payment Advices due for Debtor 6/28/2022. [Incomplete Filings due by 6/28/2022]. (Graster-Thomas, Tanesha) (Entered: 06/14/2022) |
| 06/14/2022 | 🌑 7 | Meeting of Creditors to be Held on 7/25/2022 at 03:00 PM by TELEPHONE [See Meeting Notice for details]. Last Day to Oppose Discharge or Dischargeability is 9/23/2022.Confirmation Hearing to be Held on 9/15/2022 at 09:00 AM by Video Conference. Objection to Confirmation Deadline: 9/1/2022. (Graster-Thomas, Tanesha) (Entered: 06/14/2022) |
| 06/14/2022 | 🌑 | Proof of Claim Deadline Updated. Proofs of Claim due by 8/23/2022. (Graster-Thomas, Tanesha) (Entered: 06/14/2022) |
| 06/14/2022 | 🌑 | Government Proof of Claim Deadline Updated. Government Proofs of Claim due by 12/12/2022. (Graster-Thomas, Tanesha) (Entered: 06/14/2022) |
| 06/14/2022 | 🌑 8 | Amended Meeting of Creditors. Meeting of Creditors to be Held on 7/25/2022 at 03:00 PM by TELEPHONE [See Meeting Notice for details]. Last Day to Oppose Discharge or Dischargeability is 9/23/2022.Confirmation Hearing to be Held on 9/15/2022 at 09:00 AM by Video Conference. Objection to Confirmation Deadline: 9/1/2022. (Graster-Thomas, Tanesha) (Entered: 06/14/2022) |
| 06/14/2022 | 🌑 9 | Clerk's Notice of Pro Bono Resources. (admin) (Entered: 06/14/2022) |
| 06/14/2022 | 🌑 | Receipt of Chapter 13 First Installment Filing Fee - $156.50 by TT. Receipt Number 469270. (admin) (Entered: 06/15/2022) |
| 06/16/2022 | 🌑 10 | BNC Certificate of Mailing (Re: 7 Meeting of Creditors to be Held on 7/25/2022 at 03:00 PM by TELEPHONE [See Meeting Notice for details]. Last Day to Oppose Discharge or Dischargeability is 9/23/2022.Confirmation Hearing to be Held on 9/15/2022 at 09:00 AM by Video Conference. Objection to Confirmation Deadline: 9/1/2022.) Notice Date 06/16/2022. (Admin.) (Entered: 06/17/2022) |
| 06/16/2022 | 🌑 11 | BNC Certificate of Mailing (Re: 8 Amended Meeting of Creditors. Meeting of Creditors to be Held on 7/25/2022 at 03:00 PM by TELEPHONE [See Meeting Notice for details]. Last Day to Oppose Discharge or Dischargeability is 9/23/2022.Confirmation Hearing to be Held on 9/15/2022 at 09:00 AM by Video Conference. Objection to Confirmation Deadline: 9/1/2022.) Notice Date 06/16/2022. (Admin.) (Entered: 06/17/2022) |

| | | |
|---|---|---|
| 06/16/2022 | 🌐 12 | BNC Certificate of Mailing (Re: 9 Clerk's Notice of Pro Bono Resources. (admin)) Notice Date 06/16/2022. (Admin.) (Entered: 06/17/2022) |
| 06/16/2022 | 🌐 13 | BNC Certificate of Mailing (Re: 6 Notice of Incomplete Filings Due. . Chapter 13 Plan due by 6/28/2022. Summary of Your Assets and Liabilities and Certain Statistical Information due 6/28/2022. Schedules A-J due 6/28/2022.Statement of Financial Affairs Due 6/28/2022.Declaration Concerning Debtors Schedules Due: 6/28/2022.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 6/28/2022. Certificate of Budget and Credit Counseling Course (Db) due 6/28/2022. Payment Advices due for Debtor 6/28/2022. [Incomplete Filings due by 6/28/2022].) Notice Date 06/16/2022. (Admin.) (Entered: 06/17/2022) |
| 06/16/2022 | 🌐 14 | BNC Certificate of Mailing (Re: 4 Order Granting Application To Pay Filing Fees In Installments (Re: 3) . [Amount Paid or Due $156.50] Final Installment Payment in the Amount of $156.50 due by 8/15/2022.) Notice Date 06/16/2022. (Admin.) (Entered: 06/17/2022) |
| 06/16/2022 | 🌐 15 | BNC Certificate of Mailing - PDF Document (Re: 7 Meeting of Creditors to be Held on 7/25/2022 at 03:00 PM by TELEPHONE [See Meeting Notice for details]. Last Day to Oppose Discharge or Dischargeability is 9/23/2022.Confirmation Hearing to be Held on 9/15/2022 at 09:00 AM by Video Conference. Objection to Confirmation Deadline: 9/1/2022.) Notice Date 06/16/2022. (Admin.) (Entered: 06/17/2022) |
| 06/16/2022 | 🌐 16 | BNC Certificate of Mailing - PDF Document (Re: 8 Amended Meeting of Creditors. Meeting of Creditors to be Held on 7/25/2022 at 03:00 PM by TELEPHONE [See Meeting Notice for details]. Last Day to Oppose Discharge or Dischargeability is 9/23/2022.Confirmation Hearing to be Held on 9/15/2022 at 09:00 AM by Video Conference. Objection to Confirmation Deadline: 9/1/2022.) Notice Date 06/16/2022. (Admin.) (Entered: 06/17/2022) |
| 06/17/2022 | 🌐 17 | Notice of Appearance and Request for Service by Susan P Bakalar Filed by Creditors Nautica Community Association, Inc., Shoma Homes at Nautica Single Family Neighborhood Ass'n Inc. (Bakalar, Susan) (Entered: 06/17/2022) |
| 06/17/2022 | 🌐 18 | Certificate of Service Filed by Creditors Nautica Community Association, Inc., Shoma Homes at Nautica Single Family Neighborhood Ass'n Inc (Re: 17 Notice of Appearance filed by Creditor Nautica Community Association, Inc., Creditor Shoma Homes at Nautica Single Family Neighborhood Ass'n Inc). (Attachments: # 1 Exhibit A) (Bakalar, Susan) (Entered: 06/17/2022) |
| 07/01/2022 | 🌐 19 | Motion for Relief from Stay [Consent for the 30 day Waiver] [Fee Amount $188] Filed by Creditor Shoma Homes at Nautica Single Family Neighborhood Ass'n Inc (Attachments: # 1 Exhibit A: Final Judgment # 2 Exhibit B: Sale Report # 3 Exhibit C: Certificate of Sale # 4 Exhibit) (Hoffman, Michael) (Entered: 07/01/2022) |
| 07/01/2022 | 🌐 20 | Notice of Hearing by Filer (Re: 19 Motion for Relief from Stay [Consent for the 30 day Waiver] [Fee Amount $188] Filed by Creditor Shoma Homes at Nautica Single Family Neighborhood Ass'n Inc (Attachments: # 1 Exhibit A: Final Judgment # 2 Exhibit B: Sale Report # 3 Exhibit C: Certificate of Sale # 4 Exhibit)). Chapter 13 Hearing scheduled for 07/21/2022 at 01:00 PM by Video Conference. (Hoffman, Michael) (Entered: 07/01/2022) |

| | | |
|---|---|---|
| 07/01/2022 | | Receipt of Motion for Relief From Stay( 22-14583-SMG) [motion,mrlfsty] ( 188.00) Filing Fee. Receipt number A41097086. Fee amount 188.00. (U.S. Treasury) (Entered: 07/01/2022) |
| 07/01/2022 | 21 | Certificate of Service Filed by Creditor Shoma Homes at Nautica Single Family Neighborhood Ass'n Inc (Re: 19 Motion for Relief from Stay [Consent for the 30 day Waiver] [Fee Amount $188] filed by Creditor Shoma Homes at Nautica Single Family Neighborhood Ass'n Inc, 20 Notice of Hearing by Filer filed by Creditor Shoma Homes at Nautica Single Family Neighborhood Ass'n Inc). (Attachments: # 1 Exhibit "A") (Hoffman, Michael) (Entered: 07/01/2022) |
| 07/05/2022 | 22 | Pro Se Motion to Extend Time to File Required Information Pursuant to 11 USC Section 521a, Filed by Debtor Marisa Chanile Smith (Grooms, Desiree) (Entered: 07/05/2022) |
| 07/05/2022 | 23 | Certification of Budget and Credit Counseling Course by Debtor Filed by Debtor Marisa Chanile Smith . (Grooms, Desiree) (Entered: 07/05/2022) |
| 07/05/2022 | 24 | Debtor(s) Request to Receive Notices Electronically Under DeBN Program [Document Image Available ONLY to Court Users] Request to Activate a New DeBN Account Filed by Debtor Marisa Chanile Smith . (Grooms, Desiree) (Entered: 07/07/2022) |
| 07/07/2022 | 25 | Emergency Motion to Extend the Automatic Stay Filed by Debtor Marisa Chanile Smith (Grooms, Desiree) (Entered: 07/07/2022) |
| 07/07/2022 | 26 | Initial Schedules Filed: [Schedule A/B,Schedule C,Declaration re Schedules,] Filed by Debtor Marisa Chanile Smith . (Grooms, Desiree) (Entered: 07/07/2022) |
| 07/07/2022 | 27 | Request for Notice Filed by Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association. (Labell, Keith) (Entered: 07/07/2022) |
| 07/07/2022 | 28 | Amended Document To Reflect Correct Last 4 Digits of Social Security Filed by Debtor Marisa Chanile Smith (Re: 1 Voluntary Petition (Chapter 7) filed by Debtor Marisa Chanile Smith). (Grooms, Desiree) (Entered: 07/07/2022) |
| 07/07/2022 | 29 | Amended Statement of Debtor(s) Social Security Number(s) [Document Image Available ONLY to Court Users] Filed by Debtor Marisa Chanile Smith . (Grooms, Desiree) (Entered: 07/07/2022) |
| 07/07/2022 | | Receipt of Amendment Filing Fee - $32.00 by DG. Receipt Number 469290. (admin) (Entered: 07/07/2022) |
| 07/07/2022 | 34 | Pro Se Motion to Amend Re: 1 Voluntary Petition (Chapter 7), 2 Statement of Debtor(s) Social Security Number(s) Filed by Debtor Marisa Chanile Smith (Grooms, Desiree) (Entered: 07/12/2022) |
| 07/08/2022 | 30 | Notice of Hearing (Re: 25 Emergency Motion to Extend the Automatic Stay Filed by Debtor Marisa Chanile Smith) Chapter 13 Hearing scheduled for 07/21/2022 at 01:00 PM by Video Conference. (Gomez, Edy) (Entered: 07/08/2022) |

| | | |
|---|---|---|
| 07/08/2022 | 31 | Notice of Hearing (Re: 22 Pro Se Motion to Extend Time to File Required Information Pursuant to 11 USC Section 521a, Filed by Debtor Marisa Chanile Smith) Chapter 13 Hearing scheduled for 07/21/2022 at 01:00 PM by Video Conference. (Gomez, Edy) (Entered: 07/08/2022) |
| 07/10/2022 | 32 | BNC Certificate of Mailing - Hearing (Re: 30 Notice of Hearing (Re: 25 Emergency Motion to Extend the Automatic Stay Filed by Debtor Marisa Chanile Smith) Chapter 13 Hearing scheduled for 07/21/2022 at 01:00 PM by Video Conference.) Notice Date 07/10/2022. (Admin.) (Entered: 07/11/2022) |
| 07/10/2022 | 33 | BNC Certificate of Mailing - Hearing (Re: 31 Notice of Hearing (Re: 22 Pro Se Motion to Extend Time to File Required Information Pursuant to 11 USC Section 521a, Filed by Debtor Marisa Chanile Smith) Chapter 13 Hearing scheduled for 07/21/2022 at 01:00 PM by Video Conference.) Notice Date 07/10/2022. (Admin.) (Entered: 07/11/2022) |
| 07/13/2022 | 35 | Motion to Dismiss Case Filed by Trustee Robin R Weiner (Weiner, Robin) (Entered: 07/13/2022) |
| 07/13/2022 | 36 | Notice of Hearing by Filer (Re: 35 Motion to Dismiss Case Filed by Trustee Robin R Weiner). Chapter 13 Hearing scheduled for 08/11/2022 at 09:30 AM by Video Conference. (Weiner, Robin) (Entered: 07/13/2022) |
| 07/13/2022 | 37 | Certificate of Service by Attorney Robin R Weiner (Re: 36 Notice of Hearing by Filer filed by Trustee Robin R Weiner). (Weiner, Robin) (Entered: 07/13/2022) |
| 07/14/2022 | 38 | Re- Notice of Hearing (Re: 19 Motion for Relief from Stay [Consent for the 30 day Waiver] [Fee Amount $188] Filed by Creditor Shoma Homes at Nautica Single Family Neighborhood Ass'n Inc (Attachments: # 1 Exhibit A: Final Judgment # 2 Exhibit B: Sale Report # 3 Exhibit C: Certificate of Sale # 4 Exhibit)) Chapter 13 Hearing scheduled for 07/28/2022 at 10:00 AM by Video Conference. (Gomez, Edy) (Entered: 07/14/2022) |
| 07/14/2022 | 39 | Re- Notice of Hearing (Re: 22 Pro Se Motion to Extend Time to File Required Information Pursuant to 11 USC Section 521a, Filed by Debtor Marisa Chanile Smith, 25 Emergency Motion to Extend the Automatic Stay Filed by Debtor Marisa Chanile Smith, 34 Pro Se Motion to Amend Re: 1 Voluntary Petition (Chapter 7), 2 Statement of Debtor(s) Social Security Number(s) Filed by Debtor Marisa Chanile Smith) Chapter 13 Hearing scheduled for 07/28/2022 at 10:00 AM by Video Conference. (Gomez, Edy) (Entered: 07/14/2022) |
| 07/15/2022 | 40 | Debtor's Verified Response in Opposition to (19 Motion for Relief from Stay [Consent for the 30 day Waiver] [Fee Amount $188] filed by Creditor Shoma Homes at Nautica Single Family Neighborhood Ass'n Inc) Filed by Debtor Marisa Chanile Smith (Weldon, Melva) (Entered: 07/15/2022) |
| 07/15/2022 | 41 | Certificate of Service Filed by Creditor Shoma Homes at Nautica Single Family Neighborhood Ass'n Inc (Re: 38 Notice of Hearing Amended/Renoticed /Continued). (Hoffman, Michael) (Entered: 07/15/2022) |
| 07/16/2022 | 42 | BNC Certificate of Mailing - Hearing (Re: 39 Re- Notice of Hearing (Re: 22 Pro Se Motion to Extend Time to File Required Information Pursuant to 11 USC Section 521a, Filed by Debtor Marisa Chanile Smith, 25 Emergency Motion to Extend the Automatic Stay Filed by Debtor Marisa Chanile Smith, 34 Pro Se |

|  |  |  |
|---|---|---|
|  |  | Motion to Amend Re: 1 Voluntary Petition (Chapter 7), 2 Statement of Debtor(s) Social Security Number(s) Filed by Debtor Marisa Chanile Smith) Chapter 13 Hearing scheduled for 07/28/2022 at 10:00 AM by Video Conference.) Notice Date 07/16/2022. (Admin.) (Entered: 07/17/2022) |
| 07/19/2022 | 43 | Certificate of Service Filed by Creditor Shoma Homes at Nautica Single Family Neighborhood Ass'n Inc (Re: 38 Notice of Hearing Amended/Renoticed /Continued). (Hoffman, Michael) (Entered: 07/19/2022) |
| 07/27/2022 | 44 | Trustee's Request for Entry of Order Dismissing Case for Failure to Appear at the Meeting of Creditors and for Failure to Make Pre-Confirmation Plan Payments Filed by Trustee Robin R Weiner. (Weiner, Robin) (Entered: 07/27/2022) |
| 07/27/2022 | 45 | Chapter 13 Plan Filed by Debtor Marisa Chanile Smith. (Grooms, Desiree) (Entered: 07/27/2022) |
| 07/27/2022 | 46 | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C-1. Disposable Income Is Determined Filed by Debtor Marisa Chanile Smith . (Grooms, Desiree) (Entered: 07/27/2022) |
| 07/28/2022 | 47 | Response to ( 44 Trustee's Request for Entry of Order Dismissing Case for Failure to Appear at the Meeting of Creditors and for Failure to Make Pre-Confirmation Plan Payments filed by Trustee Robin R Weiner) Filed by Debtor Marisa Chanile Smith (Grooms, Desiree) (Entered: 07/28/2022) |
| 07/29/2022 | 48 | Order Granting Motion For Relief From Stay Re: # 19 (Weldon, Melva) (Entered: 07/29/2022) |
| 07/29/2022 | 49 | Order Granting Motion To Amend (Re: # 34) (Weldon, Melva) (Entered: 07/29/2022) |
| 07/31/2022 | 50 | BNC Certificate of Mailing - PDF Document (Re: 49 Order Granting Motion To Amend (Re: 34)) Notice Date 07/31/2022. (Admin.) (Entered: 08/01/2022) |
| 08/01/2022 |  | Clerk's Evidence of Repeat Filings for debtor SMITH, MARISA CHANILE Case Number 19-23650 , Chapter 13 filed in Florida Southern on 10/11/2019 was Closed on 10/26/2020 was Dismissed on 08/05/2020; Case Number 18-22792 , Chapter 13 filed in Florida Southern on 10/15/2018 was Closed on 08/28/2019 was Dismissed on 04/04/2019. (admin) (Entered: 08/01/2022) |
| 08/02/2022 | 51 | Order Granting Trustee's Request for Order Dismissing Case for Failure to Appear at the Meeting of Creditors and for Failure to Make Pre-Confirmation Plan Payments (Re: # 44 ) [Filing Fee Balance Due: $156.50] (Weldon, Melva) (Entered: 08/02/2022) |
| 08/04/2022 | 52 | Certificate of Service Filed by Creditor Shoma Homes at Nautica Single Family Neighborhood Ass'n Inc (Re: 48 Order on Motion For Relief From Stay). (Hoffman, Michael) (Entered: 08/04/2022) |

| | | |
|---|---|---|
| 08/04/2022 | 🌐 53 | BNC Certificate of Mailing - Order Dismissing Case (Re: 51 Order Granting Trustee's Request for Order Dismissing Case for Failure to Appear at the Meeting of Creditors and for Failure to Make Pre-Confirmation Plan Payments (Re: # 44 ) [Filing Fee Balance Due: $156.50]) Notice Date 08/04/2022. (Admin.) (Entered: 08/05/2022) |
| 08/15/2022 | 🌐 54 | Pro Se Motion to Reinstate Case Filed by Debtor Marisa Chanile Smith (Grooms, Desiree) (Entered: 08/15/2022) |
| 08/15/2022 | 🌐 55 | Pro Se Motion to Reconsider (Re: 48 Order on Motion For Relief From Stay) Filed by Debtor Marisa Chanile Smith (Grooms, Desiree) (Entered: 08/15/2022) |
| 08/15/2022 | 🌐 56 | Notice of Hearing (Re: 54 Pro Se Motion to Reinstate Case Filed by Debtor Marisa Chanile Smith, 55 Pro Se Motion to Reconsider (Re: 48 Order on Motion For Relief From Stay) Filed by Debtor Marisa Chanile Smith) Chapter 13 Hearing scheduled for 09/15/2022 at 02:30 PM by Video Conference. (Gomez, Edy) (Entered: 08/15/2022) |
| 08/15/2022 | 🌐 | Receipt of Chapter 13 Final Installment Filing Fee - $156.50 by DG. Receipt Number 469328. (admin) (Entered: 08/15/2022) |
| 08/17/2022 | 🌐 57 | BNC Certificate of Mailing - Hearing (Re: 56 Notice of Hearing (Re: 54 Pro Se Motion to Reinstate Case Filed by Debtor Marisa Chanile Smith, 55 Pro Se Motion to Reconsider (Re: 48 Order on Motion For Relief From Stay) Filed by Debtor Marisa Chanile Smith) Chapter 13 Hearing scheduled for 09/15/2022 at 02:30 PM by Video Conference.) Notice Date 08/17/2022. (Admin.) (Entered: 08/18/2022) |
| 09/13/2022 | 🌐 58 | Pro-Se Motion to Continue Hearing On: [(54 Motion to Reinstate Case, 55 Motion to Reconsider)] Filed by Debtor Marisa Chanile Smith (Graster-Thomas, Tanesha) (Entered: 09/13/2022) |
| 09/13/2022 | 🌐 59 | Notice of Hearing (Re: 58 Pro-Se Motion to Continue Hearing On: [(54 Motion to Reinstate Case, 55 Motion to Reconsider)] Filed by Debtor Marisa Chanile Smith) Chapter 13 Hearing scheduled for 09/15/2022 at 02:30 PM by Video Conference. (Gomez, Edy) (Entered: 09/13/2022) |
| 09/13/2022 | 🌐 60 | Initial Schedules Filed: [Summary of Your Assets/Liabilities,Schedules A-J,Statement of Financial Affairs,Declaration re Schedules,] Filed by Debtor Marisa Chanile Smith . (Graster-Thomas, Tanesha) (Entered: 09/13/2022) |
| 09/14/2022 | 🌐 61 | Initial Schedules Filed: [Local Form 4] Filed by Debtor Marisa Chanile Smith . (Graster-Thomas, Tanesha) (Entered: 09/14/2022) |
| 09/14/2022 | 🌐 | Receipt of Amendment Filing Fee - $32.00 by TT. Receipt Number 469363. (admin) (Entered: 09/14/2022) |
| 09/15/2022 | 🌐 62 | BNC Certificate of Mailing - Hearing (Re: 59 Notice of Hearing (Re: 58 Pro-Se Motion to Continue Hearing On: [(54 Motion to Reinstate Case, 55 Motion to Reconsider)] Filed by Debtor Marisa Chanile Smith) Chapter 13 Hearing scheduled for 09/15/2022 at 02:30 PM by Video Conference.) Notice Date 09/15/2022. (Admin.) (Entered: 09/16/2022) |

| | | |
|---|---|---|
| 09/17/2022 | 🌐 63 | Order Granting Motion To Reinstate Case (Re: # 54) (Rodriguez, Lorenzo) (Entered: 09/17/2022) |
| 09/17/2022 | 🌐 | Proof of Claim Deadline Updated. Proofs of Claim due by 11/28/2022. (Rodriguez, Lorenzo) (Entered: 09/17/2022) |
| 09/17/2022 | 🌐 64 | Order Denying Motion To Continue Hearing On: (58 Motion to Continue Hearing On: [(54 Motion to Reinstate Case, 55 Motion to Reconsider)]). (Rodriguez, Lorenzo) (Entered: 09/17/2022) |
| 09/17/2022 | 🌐 65 | Meeting of Creditors to be Held on 10/19/2022 at 11:00 AM **by TELEPHONE [See Meeting Notice for details].** Last Day to Oppose Discharge or Dischargeability is 12/19/2022.Confirmation Hearing to be Held on 12/8/2022 at 09:00 AM by Video Conference. Objection to Confirmation Deadline: 11/25/2022. (Rodriguez, Lorenzo) (Entered: 09/17/2022) |
| 09/19/2022 | 🌐 66 | Notice of Requirement to File Financial Management Course Certificate (admin) (Entered: 09/19/2022) |
| 09/21/2022 | 🌐 67 | BNC Certificate of Mailing (Re: 65 Meeting of Creditors to be Held on 10/19/2022 at 11:00 AM **by TELEPHONE [See Meeting Notice for details].** Last Day to Oppose Discharge or Dischargeability is 12/19/2022.Confirmation Hearing to be Held on 12/8/2022 at 09:00 AM by Video Conference. Objection to Confirmation Deadline: 11/25/2022.) Notice Date 09/21/2022. (Admin.) (Entered: 09/22/2022) |
| 09/21/2022 | 🌐 68 | BNC Certificate of Mailing (Re: 66 Notice of Requirement to File Financial Management Course Certificate (admin)) Notice Date 09/21/2022. (Admin.) (Entered: 09/22/2022) |
| 09/21/2022 | 🌐 69 | BNC Certificate of Mailing - PDF Document (Re: 63 Order Granting Motion To Reinstate Case (Re: 54)) Notice Date 09/21/2022. (Admin.) (Entered: 09/22/2022) |
| 09/21/2022 | 🌐 70 | BNC Certificate of Mailing - PDF Document (Re: 64 Order Denying Motion To Continue Hearing On: (58 Motion to Continue Hearing On: [(54 Motion to Reinstate Case, 55 Motion to Reconsider)]).) Notice Date 09/21/2022. (Admin.) (Entered: 09/22/2022) |
| 09/21/2022 | 🌐 71 | BNC Certificate of Mailing - PDF Document (Re: 65 Meeting of Creditors to be Held on 10/19/2022 at 11:00 AM **by TELEPHONE [See Meeting Notice for details].** Last Day to Oppose Discharge or Dischargeability is 12/19/2022.Confirmation Hearing to be Held on 12/8/2022 at 09:00 AM by Video Conference. Objection to Confirmation Deadline: 11/25/2022.) Notice Date 09/21/2022. (Admin.) (Entered: 09/22/2022) |
| 10/03/2022 | 🌐 72 | Order Denying Motion To Reconsider # 55 (Graster-Thomas, Tanesha) (Entered: 10/03/2022) |
| 10/03/2022 | 🌐 73 | Notice of Postpetition Mortgage Fees, Expenses, and Charges (No Proof of Claim Filed) with Certificate of Service Filed by U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association. (Labell, Keith) (Entered: 10/03/2022) |

| | | |
|---|---|---|
| 10/12/2022 | 🌐 74 | Certificate of Service Filed by Creditor Shoma Homes at Nautica Single Family Neighborhood Ass'n Inc (Re: 72 Order on Motion To Reconsider). (Attachments: # 1 Exhibit "A") (Hoffman, Michael) (Entered: 10/12/2022) |
| 10/17/2022 | 🌐 75 | Notice of Appeal and Election to Appeal To District Court Filed by Debtor Marisa Chanile Smith (Re: 72 Order Denying Motion To Reconsider 55). (Attachments: # 1 Cover Sheet) **[Appeal Fee of 298.00 NOT Paid]** Appellant Designation due 10/31/2022. (Grooms, Desiree) (Entered: 10/17/2022) |
| 10/17/2022 | 🌐 76 | Notice of Appeal Deficiency. Appeal Filing Fee of $298.00 not Paid. (Re: 75 Notice of Appeal and Election to Appeal To District Court Filed by Debtor Marisa Chanile Smith (Re: 72 Order Denying Motion To Reconsider 55). (Attachments: # 1 Cover Sheet) **[Appeal Fee of 298.00 NOT Paid]** Appellant Designation due 10/31/2022.) Appeal Filing Fee Due: 10/31/2022. (Grooms, Desiree) (Entered: 10/17/2022) |
| 10/17/2022 | 🌐 77 | Clerk's Notice of Mailing of (Re: 75 Notice of Appeal and Election to Appeal To District Court Filed by Debtor Marisa Chanile Smith (Re: 72 Order Denying Motion To Reconsider 55). (Attachments: # 1 Cover Sheet) **[Appeal Fee of 298.00 NOT Paid]** Appellant Designation due 10/31/2022.) (Grooms, Desiree) (Entered: 10/17/2022) |
| 10/17/2022 | 🌐 78 | Notice of Change of Creditor's Address Filed by Debtor Marisa Chanile Smith . (Grooms, Desiree) (Entered: 10/17/2022) |
| 10/17/2022 | 🌐 79 | Notice of Filing Certificate of Service of Notice of Pre-Confirmation Payments/Certification of Compliance , Filed by Debtor Marisa Chanile Smith . (Grooms, Desiree) (Entered: 10/17/2022) |
| 10/18/2022 | 🌐 80 | Transmittal to US District Court (Re: 75 Notice of Appeal and Election to Appeal To District Court Filed by Debtor Marisa Chanile Smith (Re: 72 Order Denying Motion To Reconsider 55). (Attachments: # 1 Cover Sheet) **[Appeal Fee of 298.00 NOT Paid]** Appellant Designation due 10/31/2022.) (Graster-Thomas, Tanesha) (Entered: 10/18/2022) |
| 10/18/2022 | 🌐 81 | Notice of U.S. District Court Case Assignment. Case Number: 0:22-cv-61931-RKA Judge Roy K. Altman (Re: 75 Notice of Appeal and Election to Appeal To District Court Filed by Debtor Marisa Chanile Smith (Re: 72 Order Denying Motion To Reconsider 55). (Attachments: # 1 Cover Sheet) **[Appeal Fee of 298.00 NOT Paid]** Appellant Designation due 10/31/2022.) (Graster-Thomas, Tanesha) (Entered: 10/18/2022) |
| 10/19/2022 | 🌐 82 | BNC Certificate of Mailing (Re: 77 Clerk's Notice of Mailing of (Re: 75 Notice of Appeal and Election to Appeal To District Court Filed by Debtor Marisa Chanile Smith (Re: 72 Order Denying Motion To Reconsider 55). (Attachments: # 1 Cover Sheet) **[Appeal Fee of 298.00 NOT Paid]** Appellant Designation due 10/31/2022.)) Notice Date 10/19/2022. (Admin.) (Entered: 10/20/2022) |

| | | |
|---|---|---|
| 10/19/2022 | 83 | BNC Certificate of Mailing (Re: 76 Notice of Appeal Deficiency. Appeal Filing Fee of $298.00 not Paid. (Re: 75 Notice of Appeal and Election to Appeal To District Court Filed by Debtor Marisa Chanile Smith (Re: 72 Order Denying Motion To Reconsider 55). (Attachments: # 1 Cover Sheet) **[Appeal Fee of 298.00 NOT Paid]** Appellant Designation due 10/31/2022.) Appeal Filing Fee Due: 10/31/2022.) Notice Date 10/19/2022. (Admin.) (Entered: 10/20/2022) |
| 10/19/2022 | 84 | BNC Certificate of Mailing - PDF Document (Re: 77 Clerk's Notice of Mailing of (Re: 75 Notice of Appeal and Election to Appeal To District Court Filed by Debtor Marisa Chanile Smith (Re: 72 Order Denying Motion To Reconsider 55). (Attachments: # 1 Cover Sheet) **[Appeal Fee of 298.00 NOT Paid]** Appellant Designation due 10/31/2022.)) Notice Date 10/19/2022. (Admin.) (Entered: 10/20/2022) |
| 10/28/2022 | | Receipt of Appeal Filing Fee - $298.00 by DG. Receipt Number 469410. (admin) (Entered: 10/28/2022) |
| 10/31/2022 | 85 | Appellant Designation of Contents For Inclusion in Record On Appeal and Statement of Issues Filed by Debtor Marisa Chanile Smith (Re: 75 Notice of Appeal filed by Debtor Marisa Chanile Smith). Designation of Appellee due within 14 days after the service of Appeal Designation and Statement of Issues. Appellee designation due 11/14/2022.. (Rodriguez, Lorenzo) (Entered: 10/31/2022) |
| 11/02/2022 | 86 | Section 341 Meeting of Creditors Rescheduled/Continued Filed by Trustee Robin R Weiner (Re: 65 Meeting of Creditors Chapter 13). Meeting of Creditors to be Held on 11/22/2022 at 09:00 AM **by TELEPHONE [See Meeting Notice for details].** (Weiner, Robin) (Entered: 11/02/2022) |
| 11/14/2022 | 87 | Pro Se Motion to Continue Meeting of Creditors Filed by Debtor Marisa Chanile Smith (Grooms, Desiree) (Entered: 11/14/2022) |
| 11/14/2022 | 88 | Certification of Compliance and Request for Confirmation of Ch. 13 Plan Filed by Debtor Marisa Chanile Smith . (Grooms, Desiree) (Entered: 11/14/2022) |
| 11/14/2022 | 89 | Amended Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 122C-1. Disposable Income Is Determined Filed by Debtor Marisa Chanile Smith . (Grooms, Desiree) (Entered: 11/14/2022) |
| 11/14/2022 | 90 | Payment Advices by Debtor Filed by Debtor Marisa Chanile Smith . (Grooms, Desiree) (Entered: 11/14/2022) |
| 11/15/2022 | 91 | Transmittal to US District Court (Re: 85 Appellant Designation of Contents For Inclusion in Record On Appeal and Statement of Issues Filed by Debtor Marisa Chanile Smith (Re: 75 Notice of Appeal filed by Debtor Marisa Chanile Smith). Designation of Appellee due within 14 days after the service of Appeal Designation and Statement of Issues. Appellee designation due 11/14/2022..) (Grooms, Desiree) (Entered: 11/15/2022) |